■ GEORGE E. GINTHER et al., Appellants, v HOWARD S. ROSENHOCH, ESQ., et al., Respondents. [755 NYS2d 683] —Appeal from an order of Supreme Court, Erie County (Mahoney, J.), entered March 12, 2002, which granted defendants' motion to dismiss the complaint pursuant to CPLR 3211 (a) (7).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Erie County, Mahoney, J. Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Gorski, JJ.